No. 772. NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, INC., v. ARKANSAS EX REL. BENNETT, ATTORNEY GENERAL. Supreme Court of Arkansas. Certiorari denied. *Robert L. Carter* and *Frank D. Reeves* for petitioner. *Bruce Bennett,* Attorney General of Arkansas, and *Ben J. Harrison,* Chief Assistant Attorney General, for respondent.

No. 856. LOCAL UNION 976 ET AL. v. DAIRY DISTRIBUTORS, INC. Supreme Court of Utah. Certiorari denied. *Herbert S. Thatcher* and *Clarence M. Beck* for petitioners. *Rex J. Hanson* and *Walter L. Budge* for respondent.

No. 860. SENECA NATION OF INDIANS v. BRUCKER, SECRETARY OF THE ARMY, ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Edward E. O'Neill* and *C. Walter Harris* for petitioner. *Solicitor General Rankin, Assistant Attorney General Morton* and *Roger P. Marquis* for respondents.

No. 868. BULLOCK ET AL. v. UNITED STATES. C. A. 6th Cir. Certiorari denied. *G. W. Williams, W. E. Michael* and *Ross R. Barnett* for petitioners. *Solicitor General Rankin, Assistant Attorney General White, Joseph M. F. Ryan, Jr.* and *Harold H. Greene* for the United States.

No. 879. FROMEN v. UNITED STATES. C. A. 2d Cir. Certiorari denied. *Frank G. Raichle* for petitioner. *Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.